# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00772-CR

**James Davis, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. 007312, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

James Davis seeks to appeal from an order modifying the conditions of his community supervision. No appeal lies from this order. *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). The appeal is dismissed for want of jurisdiction.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed: January 10, 2005

Do Not Publish